## APPEAL OF RICHARD F. BURGESS.

Docket No. 1311.    Submitted January 19, 1926.    Decided March 31, 1926.

*R. F. Burgess, Esq.*, pro se.
*John W. Fisher, Jr., Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This appeal is from the determination of a deficiency in income tax in the amount of $807.85 for the year 1921.

### FINDINGS OF FACT.

The taxpayer is an individual residing at El Paso, Tex., engaged in the practice of law, and during the year 1921 was the head of a household and the sole support of his unmarried dependent daughter.

In the said tax year 1921 the taxpayer received a retainer of $1,200 from the Two-Republics Life Insurance Co., which said $1,200 was reported as income of the law partnership of which taxpayer was a member and was included in his distributive share of the income of that firm.

The taxpayer during the year 1921 also received the sum of $3,120 as rents from certain properties managed by Broaddus & LeBaron, real estate agents at El Paso, Tex. The net income, after deduction of taxes, repairs, and insurance from said property, was $2,222.50, which sum the taxpayer included in his return for 1921.

For the said year 1921 the said firm of Broaddus & LeBaron reported to the Commissioner on Information Form 1099 as having paid to the taxpayer for wages, fees, commissions, etc., the amount of $1,738.74, which said amount was reported in error and was not received by the taxpayer in the said year .

*Order of no deficiency will be entered accordingly.*